# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Francisco Javier Romero-Perez<br>Date of Original Judgment: 12/09/2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 1:10-CR-30011-PA<br>) USM No: 72212-065<br>)<br>) Bryan Lessley, OSB #920816<br>) Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __210__ months **is reduced to** __168 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/09/2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/10/15

Effective Date: 11/01/2015
*(if different from order date)*

Judge's signature

OWEN M. PANNER, U.S. DISTRICT COURT JUDGE
Printed name and title